# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131035(77)(80)

HARVEY GRACE,
            Plaintiff-Appellant,

v

BRUCE LEITMAN and BRUCE
LEITMAN, P.C.,
            Defendants-Appellees.
_____

SC: 131035
COA: 257896
Oakland CC: 2002-045572-NM

        On order of the Chief Justice, the motion by defendants-appellees for extension to August 29, 2007 of the time for filing their brief is considered and it is GRANTED. The motion by the Insurance Institute of Michigan, ProNational Insurance Company and Professionals Direct Insurance Company for leave to file a brief *amicus curiae* is considered and it is GRANTED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2007

Clerk